**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

ROBERTA RUANE and JOHN RUANE,
individually and on behalf of all others
similarly situated,

Plaintiffs, Case No. 2:26-cv-00875-CCW

v.

HOMETAP EQUITY PARTNERS, LLC;
HOMETAP HOLDINGS II, LLC; and
HOMETAP INVESTMENT PARTNERS II, L.P.,

Defendants.

**DISCLOSURE STATEMENT FOR HOMETAP EQUITY PARTNERS, LLC**

Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Hometap Equity Partners, LLC**, in the above-captioned action, certifies as follows:

Hometap Equity Partners, LLC is a Delaware limited liability company with its principal place of business in Boston, Massachusetts. Hometap Equity Partners, LLC is an unincorporated entity that provides capital for residential home equity investments through its subsidiaries.

Hometap Equity Partners, LLC is a subsidiary of HomeTap Management Holdings LLC, a Delaware limited liability company with its principal place of business in Boston, Massachusetts. HomeTap Management Holdings LLC has not issued shares or debt securities to the public.

The following members of Hometap Equity Partners, LLC have issued shares or debt securities to the public:

- Delaware Life Insurance Company (Delaware)
- Kaiser Foundation Hospitals (California)

Dated: June 23, 2026

Respectfully submitted,

MCGUIREWOODS LLP

*/s/ K. Issac deVyver*

K. Issac deVyver (PA I.D. No. 202655)
260 Forbes Avenue, Suite 1800
Pittsburgh, PA 15222
Telephone: (412) 667-6057
Email: kdevyver@mcguirewoods.com

*Counsel for Hometap Equity Partners, LLC, Hometap Holdings II, LLC, and Hometap Investment Partners II, L.P.*

**CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing document to be filed electronically with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered participants.

Dated: June 23, 2026

*/s/ K. Issac deVyver*
K. Issac deVyver (PA I.D. No. 202655)

*Counsel for Hometap Equity Partners, LLC, Hometap Holdings II, LLC, and Hometap Investment Partners II, L.P.*