**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

ROBERTA RUANE and JOHN RUANE,
individually and on behalf of all others
similarly situated,

Plaintiffs, Case No. 2:26-cv-00875-CCW

v.

HOMETAP EQUITY PARTNERS, LLC;
HOMETAP HOLDINGS II, LLC; and
HOMETAP INVESTMENT PARTNERS II, L.P.,

Defendants.

**DISCLOSURE STATEMENT FOR HOMETAP HOLDINGS II, LLC**

Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Hometap Holdings II, LLC**, in the above-captioned action, certifies as follows:

Hometap Holdings II, LLC is a Delaware limited liability company with its principal place of business in Boston, Massachusetts. Hometap Holdings II, LLC is an unincorporated entity that serves as the general partner of Hometap Investment Partners II, L.P.

The sole member of Hometap Holdings II, LLC is Hometap Equity Partners, LLC, a Delaware limited liability company with its principal place of business in Boston, Massachusetts. Hometap Equity Partners, LLC has not issued shares or debt securities to the public.

Dated: June 23, 2026

Respectfully submitted,

MCGUIREWOODS LLP

*/s/ K. Issac deVyver*

K. Issac deVyver (PA I.D. No. 202655)
260 Forbes Avenue, Suite 1800
Pittsburgh, PA 15222
Telephone: (412) 667-6057
Email: kdevyver@mcguirewoods.com

*Counsel for Hometap Equity Partners, LLC, Hometap Holdings II, LLC, and Hometap Investment Partners II, L.P.*

**CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing document to be filed electronically with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered participants.

Dated: June 23, 2026

*/s/ K. Issac deVyver*
K. Issac deVyver (PA I.D. No. 202655)

*Counsel for Hometap Equity Partners, LLC, Hometap Holdings II, LLC, and Hometap Investment Partners II, L.P.*