IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ROBERTA RUANE and JOHN RUANE, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

HOMETAP EQUITY PARTNERS, LLC; HOMETAP HOLDINGS II, LLC; and HOMETAP INVESTMENT PARTNERS II, L.P.,

Defendants.

Case No.: 2:26-cv-00875-CCW

**TABLE OF CONTENTS FOR EXHIBITS TO DECLARATION OF ADAM JASKIEVIC IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL ARBITRATION**


EXHIBIT A — The Option Purchase Agreement

EXHIBIT B — The Mortgage and Security Agreement

EXHIBIT C — The Notice of Right to Cancel