# EXHIBIT A

Clerk of the Superior Court
*** Electronically Filed ***
12/19/2025 8:00 AM

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2025-024855 12/17/2025

HONORABLE JOSEPH KREAMER

CLERK OF THE COURT
E. Valadez
Deputy

STEVEN MUSKAL BLAKE A BRACHT

v.

POINT DIGITAL FINANCE INC COLLETTE NICOLE PELCIC

JUDGE KREAMER

HEARING

East Court Building – Courtroom 811 – VC -CV

1:59 p.m. This is the time set for a hybrid Oral Argument on Defendant Point Digital Finance, Inc.'s Motion to Compel Arbitration and Dismiss the Complaint, or Alternatively, Stay Proceedings, filed September 22, 2025. Plaintiff Steven Muskal, who is not present, is represented in-person by counsel, Blake A. Bracht. Defendant Point Digital Finance, Inc. is represented virtually by counsel, Collette Nicole Pelcic.

A record of the proceedings is made digitally in lieu of a court reporter.

Plaintiff's counsel informs the Court that Plaintiff Steven Muskal may appear virtually for today's oral argument.

The Court notes Defendant's counsel filed a Motion for Remote Appearance at Oral Argument, filed November 14, 2025. The Court granted the Motion and informed Plaintiff's counsel that he too may appear virtually.

2:00 p.m. Plaintiff Steven Muskal connects to the TEAMS meeting.

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2025-024855 12/17/2025

The Court informs counsel regarding the Court's preferences when hearing oral arguments.

The Court states its initial thoughts on the Motion to be argued today and further states its inclinations of the record.

Oral argument is held on Defendant Point Digital Finance, Inc.'s Motion to Compel Arbitration and Dismiss the Complaint, or Alternatively, Stay Proceedings.

Based on the foregoing,

**IT IS ORDERED** denying Defendant Point Digital Finance, Inc.'s Motion to Compel Arbitration and Dismiss the Complaint, or Alternatively, Stay Proceedings. The Court believes that the Truth in Lending Act prohibition against arbitration agreements would apply when the Court applies the language of the Act.

**IT IS FURTHER ORDERED** Defendant may file an Answer within **20 days** of today.

2:47 p.m. Matter concludes.