**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

ROBERTA RUANE and JOHN RUANE, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

HOMETAP EQUITY PARTNERS, LLC, HOMETAP HOLDINGS II, LLC, and HOMETAP INVESTMENT PARTNERS II, L.P.,

Defendants.

Case No. 2:25-cv-00875-CCW

**JURY TRIAL DEMANDED**

**ORDER**

AND NOW, on this __________ day of ___________________________, 2026, it is hereby ORDERED that Defendants' Motion to Compel Arbitration and Stay Action is DENIED. Defendants are ordered to file a responsive pleading to Plaintiffs' Complaint within 14 days of this Order.

___________________________________
The Honorable Christy C. Wiegand
U.S. District Judge